

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-22-00345-CV
_____

CASSANDRA CORTEZ, APPELLANT

V.

COREY DURLEY, APPELLEE

On Appeal from the County Court at Law No. 1
Potter County, Texas
Trial Court No. 111226-1-CV, Honorable Walton Weaver, Presiding

January 24, 2023

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Cassandra Cortez, proceeding pro se, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee. By letter of November 15, 2022, the Clerk of this Court notified Cortez that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by November 28 would result in dismissal of the appeal. To date, Cortez has not paid the filing fee or sought leave to proceed without payment of court costs.

Because Cortez has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam